IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOYCE ESTHER DE ARMERO,<br><br>    Defendant.<br>_____/ | No. C13-00721 CRB<br><br>**ORDER GRANTING STAY OF RESTITUTION ORDER AND GRANTING PETITION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION** |

    Good cause appearing therefor, the Court hereby STAYS the finality of the restitution order and PERMITS Defendant De Armero to file a motion for reconsideration. The government shall file a response to Defendant's motion within thirty (30) days of its filing.

**IT IS SO ORDERED.**

Dated: August 7, 2015

                                                      CHARLES R. BREYER<br>
UNITED STATES DISTRICT JUDGE